| | |
|---|---|
| 1 | TRACY L. WILKISON |
| 2 | United States Attorney |
| | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| 6 | Senior Trial Attorney, Civil Division |
| | STACY WIESBROCK, CSBN 257920 |
| 7 | Special Assistant United States Attorney |
| 8 |        Social Security Administration |
| |        160 Spear St., Suite 800 |
| 9 |        San Francisco, CA  94105 |
| 10 |        Telephone: (510) 970-4865 |
| 11 |        Facsimile: (415) 744-0134 |
| |        Email: stacy.wiesbrock@ssa.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERED MILLER, | ) | No. 8:20-cv-02317-ADS |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: 2/15/2022         /s/ Autumn D. Spaeth
                         HON. AUTUMN D. SPAETH
                         UNITED STATES MAGISTRATE JUDGE